1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

COMMONWEALTH LAND TITLE
INSURANCE CORPORATION, a
Nebraska corporation,

Plaintiff(s),

vs.

SCOTT FINANCIAL CORPORATION, a
Foreign corporation

Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case # 2:11-cv-01493-JCM-RJJ

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $175.00

_____Charles A. Hansen_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

_____Wendel, Rosen, Black & Dean LLP_____
(firm name)

with offices at _____1111 Broadway, 24th Floor_____,
(street address)

_____Oakland_____, _____California_____, _____94607_____,
(city)                          (state)                       (zip code)

_____(510) 834-6600_____, _____chansen@wendel.com_____.
(area code + telephone number)        (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

_____Scott Financial Corporation_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 07/11

3.      That since _____December 21, 1977_____, Petitioner has been and presently is a
                                         (date)
member in good standing of the bar of the highest Court of the State of _____California_____
                                                                                                              (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Supreme Court | December 14, 1981 | California 76679 |
| U.S. Court of Appeals - Ninth Circuit | September 1, 1978 | California 76679 |
| U.S. District Court; Northern District of CA | December 21, 1977 | California 76679 |
| U.S. District Court; Central District of CA | April 14, 1987 | California 76679 |
| U.S. District Court; Eastern District of CA | September 29, 1986 | California 76679 |
| U.S. District Court; Southern District of CA | June 28, 1988 | California 76679 |

5.      That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

Not Applicable.

2

Rev. 07/11

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars of ever denied admission):

Not Applicable.

7.      That Petitioner is a member of good standing in the following Bar Associations:

The State Bar of California
The Alameda County Bar Association

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| Not Applicable. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.      Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.      Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 07/11

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4

5    _____

        Petitioner's signature

6

7    STATE OF _____California_____    )

        COUNTY OF _____Alameda_____    )

8

9    _____Charles A. Hansen_____, Petitioner, being first duly sworn, deposes and says:

10   That the foregoing statements are true.

11

12   _____

        Petitioner's signature

13   **DESIGNATION OF RESIDENCE ATTORNEY**
     **ADMITTED TO THE BAR OF THIS COURT**
14   **AND CONSENT THERETO.**

15

16   Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

     believes it to be in the best interests of the client(s) to designate _____J. Randall Jones_____,
17                                                                              (name of local counsel)
     Attorney at Law, member of the State of Nevada and previously admitted to practice before the
18
     above-entitled Court as associate resident counsel in this action.  The address and email address
19
     of said designated Nevada counsel is:
20

21   _____Kemp, Jones & Coulthard, LLP; 3800 Howard Hughes Parkway, 17th Floor_____,
                                    (street address)
22
     _____Las Vegas_____,  _____Nevada_____,  ___89169___
23         (city)                    (state)            (zip code)

24   ___(702) 385-6000___,  ___jrj@kempjones.com___.
        (area code + telephone number)        (Email address)
25

26

27

28                                          4                              Rev. 07/11

DOCUMENT NOTARIZED:  **Verified Petition for Permission to Practice in This Case Only by Attorney Not Admitted to the Bar of This Court and Designation of Local Counsel**

United States District Court, District of Nevada
*Commonwealth Land Title Insurance Corporation vs. Scott Financial Corporation*
Case Number 2:11-CV-01493-JCM-RJJ

State of California

County of Alameda

Subscribed and sworn to (or affirmed) before me on **September 22, 2011**, by **Charles A. Hansen,** proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(seal) 

Notary Public:  **Franne Michaud**
My Commission Expires: **November 11, 2011**

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ J. Randall Jones _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1927                          jrj@kempjones.com
Bar number                    Email address

APPROVED:

Dated: this 14th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 07/11

# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

September 22, 2011

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, CHARLES ARCHIBALD HANSEN, #076679 was admitted to the practice of law in this state by the Supreme Court of California on December 21, 1977; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Membership Records