# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COMMONWEALTH LAND TITLE INSURANCE CORP., | )<br>)<br>) |
| Plaintiff, | ) Case No. 2:11-cv-01493-JCM-NJK |
| vs. | ) ORDER RE: STATUS REPORTS |
| SCOTT FINANCIAL CORPORATION, | )<br>) |
| Defendant. | ) |

This matter remains stayed pursuant to the Court's October 24, 2012 order. The Court has received the parties' joint status report. The parties are hereby ORDERED to file a joint status report every 90 days hereafter.

IT IS SO ORDERED.

DATED: February 22, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge