# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| COMMONWEALTH LAND TITLE INSURANCE CORPORATION, ) ) ) Plaintiff, ) ) vs. ) ) SCOTT FINANCIAL CORPORATION, ) ) Defendant. ) ) | Case No. 2:11-cv-01493-RFB-NJK ORDER |

The Court stayed this matter on October 24, 2012. Docket No. 29. On February 22, 2013, the Court issued an order requiring the parties to file a status report every 90 days. Docket No. 32. On May 16, 2016, Defendant filed a status report indicating that it was counsel's understanding that, based on the outcome of a related Nevada Supreme Court case, the parties would agree to dismiss all claims in this matter. Docket No. 47 at 1. Defendant stated that it would update the Court on the status of the case after making contact with Plaintiff's counsel. *Id.* at 2. No further status update followed. *See* Docket. Accordingly, the Court orders the parties to file a status report or stipulation of dismissal, no later than June 13, 2016.

IT IS SO ORDERED.

DATED: June 6, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge